Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

District of

2018 FEB -2 PM 12:48

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Division

Elisabeth McGowan
1430 W. 116
Clev. OH 44102

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Directly Financial

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:18 CV 270
*(to be filled in by the Clerk's Office)*

JUDGE GAUGHAN

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Elizabeth J. McGowan
   Street Address: 1430 W. 116
   City and County: Cleveland, Cuyahoga
   State and Zip Code: Ohio 44102
   Telephone Number: 216-209-674
   E-mail Address: pepperandthemoon@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Green Tree
- Job or Title (if known):
- Street Address: Box 6172
- City and County: Rapid City
- State and Zip Code: SD 57709
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Law offices of Clunk, Pasley Hoose
- Job or Title (if known): John D Clunk, Laura Infante
- Street Address: 4500 Courthouse Blvd #400
- City and County: Stow Ohio
- State and Zip Code: Ohio 44224
- Telephone Number: 330-436-0300
- E-mail Address (if known):

Defendant No. 3
- Name: Charles V. Gasior, Ted Hubert / Laura Infante
- Job or Title (if known): Atty
- Street Address: 4500 Courthouse Square #400
- City and County: Stow
- State and Zip Code: OH 44224
- Telephone Number: 330-436-0300
- E-mail Address (if known):

Defendant No. 4
- Name: Jacquelin Wirtz
- Job or Title (if known):
- Street Address: 1535 Lakeshore Drive
- City and County: Columbus
- State and Zip Code: OH 44224
- Telephone Number: 330-436-0300 614-220-5611
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. UNDER 31 U.S.C. THESE ENTITIES THAT HAVE Allegations MADE AGAINST MY PERSON AS Plaintiff IN OTHER PRIOR PROCESSES, HAVE FRAUDULENTLY SUBMITTED Documentation TO OHIO MUNICIPAL COURTS WHICH ARE QUESTIONABLE IN SIGNATURE, TRANSFERENCES, AND Debts Declared.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Ditech Financial / FKA Green Tree   AND Fannie Mae, is incorporated under the laws of the State of *(name)* Arizona / OH
       and has its principal place of business in the State of *(name)* AZ
       2100 E Elliot Rd MS-T111 Tempe AZ.
       Goo West Superior Cuv Ohio 44113

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Ditech FKA Green Tree, is incorporated under the laws of the State of *(name)* Arizona, and has its principal place of business in the State of *(name)* Arizona.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* Arizona.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
Property value and losses due to fraudulent actions

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

That all aforesaid defendants have and are giving cause to irrecoverable damages to my person in asserting claim to my home. And by fraudulently submitting questionable documentation to courts are committing theft of my personal property.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief I seek is release of claims from my personal property. And to reimburse my person with all monetary incumberances including any court or advisory fees and transportation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01 FEBRUARY 2018

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: ELISABETH J. MCGOWAN

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro Se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address: 1430 W. 116th
State and Zip Code: CLEVE OH 44102
Telephone Number: 216 269 6740
E-mail Address: PepperAndTheMoon@gmail.com